UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
AMIRA GRAY,                                                         **Index No.:**
                                                                    20 Civ. 02931 (MKV)
                            Plaintiff,

        -against-                                                **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

THE STANDARD HOTEL, STANDARD INTERNATIONAL MANAGEMENT, LLC., and HARRY EDWARDS, Individually, and in his official capacity,

                            Defendants.
------------------------------------------------------------------------------X

**WHEREAS**, during the discovery process, it came to light that owners of defendant STANDARD INTERNATIONAL MANAGEMENT, LLC., are residents of the State of California;

**WHEREAS**, plaintiff is a resident of the State of California;

**WHEREAS,** there is insufficient diversity of citizenship amongst the parties to establish federal subject matter jurisdiction under 28 U.S.C § 1332 and maintain this action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1. The above-referenced action is hereby voluntarily dismissed without prejudice; and

2. Plaintiff shall be entitled to argue she is entitled to rely on the provisions of New York Civil Practice Law and Rules ("CPLR") § 205(a), to the extent permitted by law, to continue this action in State Court and/or re-file a new action in State Court alleging all federal and state law claims contained in her federal compliant.

1

| | |
|---|---|
| Dated: New York, New York<br>      August 17      , 2020 | Dated: New York, New York<br>      August 17      , 2020 |
| **JON L. NORINSBERG, ESQ., PLLC** | **FOX ROTHSCHILD, LLP** |
| By: _____<br>    John J. Meehan, Esq.<br>    *Attorney for Plaintiff*<br>    110 E. 59th Street, Ste. 3200<br>    New York, New York 10022 | By: _____<br>    Matthew C. Berger, Esq.<br>    *Attorney for Defendants*<br>    101 Park Avenue, Ste. 1700<br>    New York, New York 10178 |