```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
AMIRA GRAY,

                Plaintiff,

    -against-

THE STANDARD HOTEL, STANDARD INTERNATIONAL MANAGEMENT, LLC., and HARRY EDWARDS, Individually, and in his official capacity,

                Defendants.
-------------------------------------------------------------------------X

**Index No.:**
20 Civ. 02931 (MKV)

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**WHEREAS**, during the discovery process, it came to light that owners of defendant STANDARD INTERNATIONAL MANAGEMENT, LLC., are residents of the State of California;

**WHEREAS**, plaintiff is a resident of the State of California;

**WHEREAS,** there is insufficient diversity of citizenship amongst the parties to establish federal subject matter jurisdiction under 28 U.S.C § 1332 and maintain this action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1.    The above-referenced action is hereby voluntarily dismissed without prejudice; and

2.    Plaintiff shall be entitled to argue she is entitled to rely on the provisions of New York Civil Practice Law and Rules ("CPLR") § 205(a), to the extent permitted by law, to continue this action in State Court and/or re-file a new action in State Court alleging all federal and state law claims contained in her federal compliant.

1

Dated: New York, New York  
_____August 17_____, 2020

**JON L. NORINSBERG, ESQ., PLLC**

By: _____  
John J. Meehan, Esq.  
*Attorney for Plaintiff*  
110 E. 59th Street, Ste. 3200  
New York, New York 10022

Dated: New York, New York  
_____August 17_____, 2020

**FOX ROTHSCHILD, LLP**

By: _____  
Matthew C. Berger, Esq.  
*Attorney for Defendants*  
101 Park Avenue, Ste. 1700  
New York, New York 10178

BY THE COURT:

The Parties have filed a stipulation of dismissal which agrees to dismiss the case and makes certain representations about Plaintiff's ability to refile this case in state court pursuant to NY CPLR § 205(a). The Court has reviewed the stipulation. Accordingly

IT IS HEREBY ORDERED that the action is dismissed without prejudice pursuant to the Parties' stipulation.

The Court takes no position on whether NY CPLR § 205(a) will apply to any refiled action in state court.

Date: 8/26/2020  
New York, New York

_____  
Mary Kay Vyskocil  
United States District Judge